IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPIN MASTER LTD., a Canadian corporation, and SPIN MASTER TOYS UK LIMITED, a United Kingdom corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LEVENTINO, et al.,<br><br>Defendants. | Case No. 24-cv-00080<br><br>**Judge Martha M. Pacold**<br><br>**Magistrate Judge Keri L. Holleb Hotaling** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on March 13, 2024 [57], in favor of Plaintiffs Spin Master Ltd. and Spin Master Toys UK, Ltd. (collectively, "Plaintiffs" or "Spin Master") and against the Defaulting Defendants in the amount of five hundred thousand dollars ($500,000) per Defaulting Defendant for willful use of counterfeit RUBIK'S Trademarks in connection with the sale of products sold through Defaulting Defendants' Online Marketplaces and Spin Master acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| **Defendant Name** | **Line No.** |
|---|---|
| VKTEN | 37 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant are hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 14th day of March 2024.  Respectfully submitted,

/s/ Justin T. Joseph
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Trevor C. Talhami
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
ttalhami@gbc.law

*Counsel for Plaintiffs*
*Spin Master Ltd. and Spin Master Toys UK Limited*